UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANYELL THOMAS,

    Plaintiff,

File No. 2:08-cv-295

v.

HON. ROBERT HOLMES BELL

DAVID BURGH, et al.,

    Defendants.
_____/

# ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 11, 2011, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants' motion for dismissal and/or summary judgment (Dkt. No. 36) be granted and this case be dismissed in its entirety. (Dkt. No. 45.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the February 11, 2011, R&R (Dkt. No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for dismissal and/or summary judgment (Dkt. No. 36) is **GRANTED**.

**IT IS FURTHER CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this action would not be in good faith.


Dated: March 1, 2011                    /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE